IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| BETTYE A. WOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 1:08-CV-00384 |
| | ) |
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Defendant. | ) |

COMES NOW the Plaintiff herein, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses her claims against the Defendant, with prejudice.

In accordance with Rule 41(a)(l)(ii), the Plaintiff and the Defendant jointly stipulate to the voluntary dismissal with prejudice of the above-captioned action. The Plaintiff and the Defendant further stipulate that each party will individually bear responsibility for all monetary expenditures made in litigating this action.

Respectfully submitted, this the 21st day of April, 2009.

/s/Nancy P. Quinn,
Nancy P. Quinn,
Attorney for Plaintiff
NC State Bar No: 16799
315 Spring Garden St., Suite 1D
Greensboro, North Carolina 27401
Telephone: (336) 272-9072
E-mail: npquinn@triadbiz.rr.com

/s/Susan P. Dion,
Susan P. Dion,
Attorney for Defendant
NC State Bar No: 28032
McGuire, Woods, LLP
100 N. Tryon St., Suite 2900
Charlotte, NC 28202
Telephone: (704)373-8999
E-mail: sdion@mcguirewoods.com